========================================================================================

### * * * * * UNITED STATES DISTRICT COURT * * * * *

__NORTHERN__         DISTRICT OF         __NEW YORK__

**JUDGMENT IN A CIVIL CASE**

DOCKET NO.    1:05cv525
              1:05cv526
              (GLS)

**ROBERT E. HARRIS,**

                    Appellant(s),

     v.

**ALBANY COUNTY OFFICE, and DAVID P. POULAN,**
as Commissioner of Management and Budget of the County of Albany

                    Appellee(s),

**MARK SWIMELAR,**

                    Trustee(s).

_____  **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__x__  **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the final decision and order of the Bankruptcy Court is affirmed, Harris' Chapter 13 petition is dismissed with prejudice and Harris' adversary proceeding is dismissed with prejudice, all in accordance with the Memorandum-Decision and Order of the Hon. Gary L. Sharpe, US District Judge, dd 4/17/06.

**DATE: April 18, 2006**

*[signature]*
Clerk of Court

s/WILLIAM J. GRIFFIN
By: _____
       DEPUTY CLERK